**Opinion filed December 10, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00160-CV

_____

## IN THE INTEREST OF J.D.R., A CHILD

**On Appeal from the 42nd District Court**
**Coleman County, Texas**
**Trial Court Cause No. 5909**

## MEMORANDUM OPINION

Appellant, the father of the child, filed a pro se notice of appeal in this cause on July 14, 2015. When the reporter's record was filed, the clerk of this court notified Appellant that his brief was due on August 31, 2015. On August 31, 2015, Appellant filed in this court a motion for an extension of time in which to file his brief. We granted the motion and informed Appellant that his brief was due for filing on or before October 30, 2015. On October 23, when Appellant notified this court that he needed the record so that he could prepare his brief, the clerk of this court forwarded a copy of the trial court clerk's record and the reporter's record to

Appellant.  On our own motion, we subsequently extended the briefing deadline to November 23, 2015, and informed Appellant by letter as follows: "If Appellant's brief is not filed by the above due date, this appeal may be dismissed." *See* TEX. R. APP. P. 38.8(a)(1), 42.3.   As of today, Appellant has yet to file a brief. Accordingly, we conclude that this appeal should be dismissed based upon Appellant's failure to prosecute the appeal.  TEX. R. APP. P. 38.8(a)(1), 42.3.

We dismiss this appeal for want of prosecution.

PER CURIAM

December 10, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.